**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6145

JOSEPH V. PURANDA,

                    Plaintiff – Appellant,

          v.

G. KELLETT, Mr., Unit Manager, Lawrenceville Correctional
Center; RICHARD GOSNEG, Investigator, Lawrenceville
Correctional Center,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:10-cv-00336-HEH)

Submitted:  May 24, 2012              Decided:  May 30, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph V. Puranda, Appellant Pro Se. Robert T. Numbers, II,
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Raleigh, North Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph V. Puranda appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Puranda v. Kellett, No. 3:10-cv-00336-HEH (E.D. Va. Dec. 22, 2011). We also deny Puranda's motions for transcripts at government expense and for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED